# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**GREGORY FRAZIER, # 144000**                                                **PETITIONER**

**v.**                                                                                                **No. 2:11CV104-MPM-DAS**

**TIMOTHY MORRIS AND**
**ATTORNEY GENERAL OF**
**THE STATE OF MISSISSIPPI**                                                  **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is **DENIED** as conclusory and for want is substantive merit.

**SO ORDERED**, this, the 18th day of September, 2014.

                                                                       **/s/ MICHAEL P. MILLS**
                                                                       **UNITED STATES DISTRICT JUDGE**
                                                                       **NORTHERN DISTRICT OF MISSISSIPPI**